AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:17-cv-250 |
| NATIONAL UNION FIRE INSURANCE COMPANY ) | |
| OF PITTSBURGH, PA. ) | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* THE CINCINNATI INSURANCE COMPANY recover from the defendant *(name)* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA. the amount of dollars ($ 961,538.46 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:
_____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, United States District Judge on a motion for Altering or amending judgment.
_____.

Date: 6/3/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*