AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| THE CINCINNATI INSURANCE COMPANY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-cv-250 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Cincinnati Insurance Company shall recover from the National Union Fire Insurance Company of Pittsburgh, Pa. the amount of $961,538.46, with prejudgment and postjudgment interest at the statutory rate, and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, United States District Judge on a motion for altering or amending judgment.

Date: 6/6/2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*